IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN O'BOYLE | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. |
| | : | |
| RUI CREDIT SERVICES | : | |
| Defendant | : | JURY TRIAL DEMANDED |

## NOTICE OF REMOVAL

Defendant RUI CREDIT SERVICES ("RUI" or "Defendant"), by its undersigned counsel, hereby petitions this Court as follows, pursuant to 28 U.S.C. § 1441(a):

1. RUI is a defendant in an action pending in the Commonwealth of Pennsylvania, Court of Common Pleas of Lackawanna County, Case No. 2019-cv-04565 ("the State Court Action"). A true and correct copy of the Complaint in the State Court Action is attached hereto as Exhibit "A".

2. Plaintiff in the State Court Action is BRIAN O'BOYLE ("Plaintiff"). See Exhibit "A".

3. Plaintiff's State Court Action alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq.

4. The State Court Action involves a question of federal law. Pursuant to 28 U.S.C. § 1331, "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Pursuant to 28 U.S.C. § 1441(a), "[a]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

6. Since this case arises out of an alleged violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227, et seq., Defendant may properly remove the State Court Action based on 28 U.S.C. § 1441(a).

7. This Notice has been filed with the Court within thirty (30) days after purported service of the Complaint on Defendant on or about September 11, 2019.

WHEREFORE, Defendant RUI, prays that the State Court Action be removed from the Court of Common Pleas of Lackawanna County, Docket No. 2019-cv-04565, to this Court for proper and just determination.

                                  FINEMAN KREKSTEIN & HARRIS, P.C.

By:      /S/ Monica M. Littman
        RICHARD J. PERR, ESQUIRE
        MONICA M. LITTMAN, ESQUIRE
        (Pa. Atty I.D. Nos. 72883 & 94134)
        Ten Penn Center
        1801 Market Street, Suite 1100
        Philadelphia, PA  19103-1628
        (v) 215-893-9300; (f) 215-893-8719
        rperr@finemanlawfirm.com
        mlittman@finemanlawfirm.com
        Attorneys for Defendant RUI Credit Services

Dated:  September 23, 2019

## CERTIFICATE OF SERVICE

I, MONICA M. LITTMAN, hereby certify that on or about this date, I served a true and correct copy of the foregoing electronically via the Court's CM/ECF system, or by first class mail, postage prepaid, on the following:

>Joseph T. Sucec, Esquire
>P.O. Box 317
>Grantham, PA  17027
>joesucec@comcast.net
>Attorney for Plaintiff

>/S/ Monica M. Littman
>MONICA M. LITTMAN

September 23, 2019